# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 27, 2005
THOMAS K. KAHN
CLERK

No. 04-14010
Non-Argument Calendar
_____

D.C. Docket No. 03-00083-CR-01-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ADOLPH TROY MARTINEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(July 27, 2005)**

Before TJOFLAT, DUBINA and BARKETT, Circuit Judges

PER CURIAM:

John Flythe, appointed counsel for Adolph Troy Martinez in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Martinez's convictions and sentences are **AFFIRMED**.